DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELVIN FRAZIER,**
Appellant,

v.

**RICKY DIXON,** Secretary, Department of Corrections,
Appellee.

No. 4D22-1781

[February 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 432022CA000235

Kelvin Frazier, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***